United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BEAN STUYVESANT LLC,

    Defendant.
_____/

No. C-03-05694 CRB (EDL)

NOTICE OF SETTLEMENT
CONFERENCE AND SETTLEMENT
CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Elizabeth D. Laporte for a Settlement Conference. You are hereby notified that the conference is scheduled for **August 16, 2005** at **1:30 p.m.**, Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**Lead trial counsel** shall appear at the Settlement Conference. **On or before August 5, 2005, the parties shall submit simultaneous Settlement Conference Statements** which shall be delivered directly to the Magistrate Judge and should not be filed with the Clerk of the Court or served upon other parties. The Statements shall address the nature of the case, the status of settlement negotiations, and remaining disputes, in particular the legal issue referenced in the July 12, 2005 letter submitted to this Court.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for settlement conference.

Dated: July 14, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge