IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEAN STUYVESANT LLC,<br><br>　　　　Defendant.<br>_____/ | No. C-03-05694 CRB (EDL)<br><br>**ORDER AFTER SETTLEMENT CONFERENCE** |

　　　Following the settlement conference held on August 16, 2005, the parties shall submit a joint letter to Magistrate Judge Laporte on the progress of agreement on language in proposed Consent Decree, including defendant's position thereon, by September 15, 2005. The letter may be sent via facsimile to chambers at (415) 522-2002. Parties shall also propose a date to provide a further letter update to Magistrate Judge Laporte on approval by those responsible in the Department of Justice.

**IT IS SO ORDERED.**

Dated: August 18, 2005

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge