IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BEAN STUYVESANT LLC, et al.<br><br>    Defendants.<br>_____/ | No. C-03-05694 CRB (EDL)<br><br>**ORDER RE FURTHER SETTLEMENT REPORT** |

The parties have informed the Court that they are continuing to engage in settlement discussions. According to the schedule they propose, the parties shall submit a further written report by November 21, 2005. The report also shall address whether the parties believe a further settlement conference would be helpful in resolving any outstanding issues.

**IT IS SO ORDERED.**

Dated: November 7, 2005

                                                                     *Elizabeth D. Laporte*
                                                         ELIZABETH D. LAPORTE
                                                         United States Magistrate Judge