```
 1  PETER KEISLER
    Assistant Attorney General
 2  KEVIN V. RYAN
    United States Attorney
 3  R. MICHAEL UNDERHILL (State Bar No. 104986)
    Attorney in Charge, West Coast Office
 4  Torts Branch, Civil Division
    U.S. Department of Justice
 5  7th Floor Federal Bldg., Room 7-5395
    P.O. Box 36028
 6  450 Golden Gate Avenue
    San Francisco, California  94102-3463
 7  Telephone: (415) 436-6648
    Fax: (415) 436-6632
 8  mike.underhill@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CIVIL NO.  C03-5694 CRB |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | IN ADMIRALTY |
|  | ) |  |
| v. | ) | STIPULATED ORDER TO FILE |
|  | ) | AMENDED COMPLAINT |
| BEAN STUYVESANT, LLC, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

   WHEREFORE, the parties have reached a proposed comprehensive settlement of this action, the terms of said proposed settlement contained in a proposed Consent Decree that the parties, as well as other entities not presently before the Court, have each signed; and

   WHEREFORE, the proposed settlement includes parties, including the State of California and various state agencies, that presently are not parties to this litigation; and

   WHEREFORE, the proposed settlement includes causes of action, including causes of action related to Natural Resource Damages, that presently are not before the Court; and

//

//

1    WHEREFORE, in order to consummate the proposed settlement through entry of the proposed
2 Consent Decree, it is necessary to bring before the Court all parties and causes of action that are subject
3 to the terms of the proposed settlement and the proposed Consent Decree; and

4    WHEREFORE, subject to the Court's entry of this Order herein, the parties have stipulated, by and
5 through the undersigned consents of counsel, that the United States' original Complaint be amended and
6 that the proposed Amended Complaint lodged concurrently herewith be filed with the Court; and, based
7 upon the foregoing,

8    IT IS ORDERED that the parties shall be, and hereby are, authorized to file the previously lodged
9 proposed Amended Complaint with the Court and, further, that the Amended Complaint thereafter shall
10 supersede the original Complaint with respect to the parties and causes of action set forth therein.

11    IT IS SO ORDERED.

12    Dated: July 25, 2006  .

13                                                                   _____
                                                                     UNITED STATES DISTRICT JUDGE



15 WE HEREBY CONSENT TO
   ENTRY OF THE FOREGOING ORDER:
16

17 PETER KEISLER
   Assistant Attorney General
18 KEVIN V. RYAN
   United States Attorney
19

20 /s/ R. Michael Underhill
   R. MICHAEL UNDERHILL
21 Attorney in Charge, West Coast Office
   Torts Branch, Civil Division
22 U.S. Department of Justice

23 Attorneys for Plaintiff United States of America

24
   //
25
   //
26
   //
27
   //
28

1  FOWLER RODRIGUEZ & CHALOS
2
3  By: /s/ Eugene O'Connor
       EUGENE O'CONNOR
4
   Attorneys for Defendants
5
6  HOLLAND & KNIGHT LLP
7
8  By: /s/ Matthew Vafidis
       MATTHEW VAFIDIS
9
   Attorneys for Defendants